IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| J. D. BLAIR,<br>Reg. #41011-044 | | PETITIONER |
| v. | No. 2:15-cv-61-DPM | |
| C. V. RIVERA, Warden, FCI-Forrest City | | RESPONDENT |

ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Blair's petition will be dismissed without prejudice. No certificate of appealability will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 February 2016