IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

J. D. BLAIR,
Reg. #41011-044                                                             PETITIONER

v.                              No. 2:15-cv-61-DPM

C. V. RIVERA, Warden, FCI-Forrest City                          RESPONDENT

JUDGMENT

Blair's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 February 2016